# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TOMMIE E. BELCHER, SR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 20-00184KD-C |
| | ) |
| **C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

This action is before the Court on the Notice of Settlement and Motion to Stay filed by Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. (doc. 24). Defendants report that the parties have reached a settlement agreement and request a stay of sixty (60) days so that they may avoid incurring additional litigation expense while working to consummate the settlement.

Upon consideration, this action is **DISMISSED with prejudice subject to the right of either party to reinstate the action within sixty (60) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 15th day of September 2020.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE